# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **ENGINEROOM, LLC**<br>9984 Brewster Lane, Suite 150<br>Powell, Ohio 43065<br><br>**Plaintiff**<br><br>v.<br><br>**MINITAB, INC.**<br>**Quality Plaza**<br>**1829 Pine Hall Road**<br>**State College, PA 16801-3008**<br><br>**Defendant** | )<br>)  **Case No. 2:12-cv-770**<br>)<br>)  **Judge Michael H. Watson**<br>)<br>)  **Magistrate Elizabeth Preston Deavers**<br>)<br>)<br>)  **PLAINTIFF'S NOTICE OF DISMISSAL**<br>**OF COMPLAINT**<br>)<br>)<br>)<br>) |

Now comes Plaintiff, EngineRoom, LLC, by and through its undersigned attorneys, and hereby dismisses this action, without prejudice, pursuant to Fed. R. Civ. Proc. 41 (a)(1)(A)(i).

Dated this 5th day of October, 2012.

Respectfully Submitted:

<u>*s/ Eric B. Hershberger*</u>
Eric B. Hershberger (0055569)
862 Bluffview Dr.
Columbus OH 43235
Phone: 614-205-2234
Email: ebhohiolaw@gmail.com
Lead Counsel For Plaintiff

<u>*s/ Jeffrey J. Patter*</u>
Jeffrey J. Patter (0027884)
Campbell Hornbeck Chilcoat & Veatch, LLC
7650 Rivers Edge Drive, Suite 100
Columbus, Ohio 43235
Phone: 614.846.2000
Fax: 614.846.2003
Email: jpatter@chcv.com
Lead Counsel For Plaintiff

Katherine W. Schill
Michael Best & Friedrich, LLP
100 E. Wisconsin Ave., Ste. 3300
Milwaukee, WI 53202
Phone: 414-271-6560
Fax: 414-277-0656
kwschill@michaelbest.com
Of Counsel

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing was served by regular US mail on

October 5, 2012 to the following persons:

| | |
|---|---|
| **MINITAB, INC.** | Bryan J. Sinclair |
| **Quality Plaza** | K&L Gates LLP |
| **1829 Pine Hall Road** | 630 Hansen Way |
| **State College, PA 16801-3008** | Palo Alto, CA 94304 |

*s/ Jeffrey J. Patter*
Jeffrey J. Patter (0027884)